UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TERRY THOMPSON,

                Plaintiff,                      24-CV-09968 (JAV)

      -v-                                          ORDER

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. The Clerk of Court is directed to terminate ECF No. 3.

      SO ORDERED.

Dated: December 27, 2024
       New York, New York

                                                  JEANNETTE A. VARGAS
                                                  United States District Judge