**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TERRY T.,

                Plaintiff,

-against-                              24 **CIVIL** 9968 (GRJ)

## **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 3, 2025, Plaintiff's Motion for Remand to Social Security Administration for Further Administrative Proceedings (Docket No. 13) is GRANTED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:** New York, New York

      August 4, 2025

                                              **TAMMI M. HELLWIG**
                                              _____
                                                  **Clerk of Court**

                          **BY:**         *K. Mango*
                                                  _____
                                                  **Deputy Clerk**